E-FILED on 04/16/09

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METTEYYA BRAHMANA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP CHARLES LEMBO; CYBERDATA CORPORATION; NUMONIX, INC.; and CONQUEST TECHNOLOGY LIMITED<br><br>Defendants.<br>_____/ | Case No. C 09-00106 RMW<br><br>**ORDER EXCUSING PHILLIP LEMBO, KEN CHIPANICH AND WAYNE TROUT FROM ATTENDING THE APRIL 17, 2009 HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

Pursuant to the request of Defendants, Phillips Lembo, Ken Chipanich and Wayne Trout are excused from attending the April 17, 2009 hearing on Defendants Phillip Lembo, CyberData Corporation and Numonix, Inc.'s Motion to Dismiss Complaint (Rule 12(b)(6)) and Defendant Conquest Technology Limited's Motion to Quash Service and Dismiss Complaint (Rule 12(b)(5)).

///

///

///

1  Pursuant to Local Rule 7-6 of the Northern District of California, the Court will hear
2  Defendants' Motions without testimony.
3
4  Dated: April __16__, 2009          IT IS SO ORDERED:
5                                      *Ronald M. Whyte*
6                                      Honorable Ronald M. Whyte