**E-FILED on**   06/25/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| METTEYYA BRAHMANA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHILLIP CHARLES LEMBO; CYBERDATA CORPORATION; NUMONIX, INC.; AND CONQUEST TECHNOLOGY LIMITED,<br><br>　　　　　Defendants. | No. C-09-00106 RMW<br><br><br>ORDER GRANTING REQUEST TO MEET AND CONFER THROUGH ELECTRONIC MAIL |

　　On May 22, 2009, defendants requested that the court allow the parties to meet and confer through electronic mail.  Plaintiff does not oppose the request, but has requested that the court remain open to reinstating the in-person meet-and-confer requirements in case electronic-mail meet-and-confer proves ineffective.  The court grants defendants' request with the expectation that the parties will meet and confer in good faith over electronic mail.  If electronic meet-and-confer is unsuccessful, the court may require that the parties meet and confer in person.

DATED:　　　06/22/09　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING REQUEST TO MEET AND CONFER THROUGH ELECTRONIC MAIL—No. C-09-00106 RMW
JAS

**Notice of this document has been sent to:**

**Plaintiff:**

Metteyya Brahmana
2636 17th Avenue
Box 79
Santa Cruz, CA 95062
831-212-2731

**Counsel for Defendants:**

James Joseph Cook             jcook@horanlegal.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     06/25/09                              JAS
                                          **Chambers of Judge Whyte**