**E-FILED on**   06/25/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| METTEYYA BRAHMANA,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILLIP CHARLES LEMBO; CYBERDATA CORPORATION; NUMONIX, INC.; AND CONQUEST TECHNOLOGY LIMITED,<br><br>    Defendants. | No. C-09-00106 RMW<br><br>ORDER TO SHOW CAUSE WHY CONQUEST TECHNOLOGY LIMITED SHOULD NOT BE DISMISSED AS DEFENDANT |

    On June 10, 2009, plaintiff Metteyya Brahmana filed an ex parte request for the court to order the U.S. Marshalls to serve defendant Conquest Technology Limited ("Conquest") with a summons and Second Amended Complaint ("SAC").  According to the allegations in the complaint, Conquest is a company "owned and controlled" by defendant Phillip Charles Lembo, and used for an improper business purpose.  SAC ¶¶ 8, 20.  However, the SAC is not clear as to the basis of Conquest's liability to plaintiff.

    Therefore, the court orders plaintiff to show cause in writing, not to exceed ten pages, by July 6, 2009 why Conquest should not be dismissed from this action because the SAC fails to state a claim against it upon which relief can be granted.  Conquest may respond, if it so chooses, by July

16, 2009.  No hearing on this order to show cause shall be held unless the court later determines that one is necessary.  Although Conquest has not made a general appearance, its counsel is being served with a copy of this order so that it may respond to plaintiff's response to this order to show cause.

DATED:     06/25/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE WHY CONQUEST TECHNOLOGY LIMITED SHOULD NOT BE DISMISSED AS DEFENDANT—No. C-09-00106 RMW
JAS                                                                 2

1 **Notice of this document has been sent to:**

2 **Plaintiff:**

3 Metteyya Brahmana
2636 17th Avenue
4 Box 79
Santa Cruz, CA 95062
5 831-212-2731

6 **Counsel for Defendants:**

7 James Joseph Cook            jcook@horanlegal.com

8
Counsel are responsible for distributing copies of this document to co-counsel that have not
9 registered for e-filing under the court's CM/ECF program.

10

11
**Dated:** ___06/25/09___                              ___JAS___
12                                                     **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California