1  James J. Cook, Esq. SBN 68778
   Michael P. Burns, Esq. SBN 239863
2  HORAN, LLOYD LAW OFFICES
   499 Van Buren St., P.O. Box 3350
3  Monterey, California 93942-3350
   Tel:  (831) 373-4131
4  Fax:  (831) 373-8302                              *E-FILED - 8/25/09*
   Attorneys for Defendants PHILLIP CHARLES LEMBO;
5  CYBERDATA CORPORATION; NUMONIX, INC.; and
   CONQUEST TECHNOLOGY LIMITED
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10
   METTEYYA BRAHMANA,                      Case No. C 09-00106 RMW
11
                   Plaintiff,              **STIPULATION TO EXTEND
12                                         DEADLINE TO CONDUCT EARLY
   v.                                      NEUTRAL EVALUATION;
13                                         [=========] ORDER**
   PHILLIP CHARLES LEMBO; CYBERDATA
14 CORPORATION; NUMONIX, INC.; and
   CONQUEST TECHNOLOGY LIMITED
15
                   Defendants.
16
   _____/
17

18
           Pursuant to Northern District of California Alternative Dispute Resolution Local Rule 5-
19
   5, it is hereby stipulated by and between Plaintiff Metteyya Brahmana and Defendants Philip
20
   Charles Lembo, CyberData Corporation, and Numonix, Inc., through their respective attorneys,
21
   that the time within which to conduct the Early Neutral Evaluation session be shall be extended
22
   to and including December 4, 2009.
23
           This stipulated request is made on the grounds that the assigned Early Neutral Evaluation
24
   evaluator, Harry Bremond, urged the parties to seek this extension during the telephone
25
   conference held on August 19, 2009 because the case could not be effectively evaluated without
26
   additional discovery. The stipulated extension does not affect the trial date, currently scheduled
27
   for May 3, 2010.
28

1  Pursuant to ADR Rule 5-5, a copy of this Stipulation and [Proposed] Order has been
2  served on Mr. Bremond.

4  So stipulated,
5  Dated: August 21, 2009                          HORAN LLOYD LAW OFFICES

6                                                  By /s/ Michael P. Burns
7                                                  Michael P. Burns, Esq.
                                                   Attorneys for Defendants PHILLIP
8                                                  CHARLES LEMBO; CYBERDATA
                                                   CORPORATION; NUMONIX, INC.; and
9                                                  CONQUEST TECHNOLOGY LIMITED

11 Dated: August 21, 2009                          By /s/ Metteyya Brahmana
12                                                 Metteyya Brahmana
13                                                 Plaintiff in Pro Per

15                               [========] ORDER

17  The time within which to conduct the Early Neutral Evaluation session in this matter is
18 hereby extended to and including December 4, 2009.
19 PURSUANT TO STIPULATION, IT IS SO ORDERED.
20 Dated:   8/25/09                                 /s/ Ronald M. Whyte
21                                                 Hon. Ronald Whyte
22                                                 Judge, United States District Court