UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| METTEYYA BRAHMANA,<br><br>        Plaintiff,<br><br>  v.<br><br>PHILIP CHARLES LEMBO, et al.,<br><br>        Defendants. | Case No.: C 09-0106 RMW (PVT)<br><br>**INTERIM ORDER RE DEFENDANTS'<br>MOTION TO COMPEL** |

On September 18, 2009, Defendants filed a motion to compel discovery responses.[1] Plaintiff opposed the motion. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this interim order. Based on the moving, opposition and reply papers submitted,

IT IS HEREBY ORDERED that the hearing on Defendants' motion to compel is CONTINUED to December 1, 2009. It appears from the opposition and reply briefs that Plaintiff responded to the discovery requests after Defendants filed the instant motion, but that Defendants believe the responses are incomplete.

IT IS FURTHER ORDERED that, no later than November 3, 2009, the parties shall meet and confer regarding the adequacy of the discovery responses Plaintiff served after Defendants filed their

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

motion to compel.

    IT IS FURTHER ORDERED that, no later than November 10, 2009, Defendants shall file a supplemental brief setting forth their position with regard to any discovery requests that remain in dispute after the parties' meet and confer. The supplemental brief shall set forth in full each discovery request that remains in dispute, followed by Plaintiff's response, followed by Defendants' argument regarding why the discovery should be compelled. *See* CIVIL L.R. 37-2.

    IT IS FURTHER ORDERED that, no later than November 24, 2009, Plaintiff shall file a supplemental brief responding to Defendants' positions regarding the discovery requests that remain in dispute.

Dated: *10/20/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4  <u>copies mailed on</u>     *10/21/09*            to:
5  Metteyya Brahmana
   2636 17th Avenue
6  Box 79
   Santa Cruz, CA 95062
7
8                                   <u>  /s/   Donna Kirchner         for  </u>
                                    CORINNE LEW
9                                   Courtroom Deputy
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28