**E-FILED on __12/30/09__**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| METTEYYA BRAHMANA, | No. C-09-00106 RMW |
| Plaintiff, | |
| v. | ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE |
| PHILLIP CHARLES LEMBO, CYBERDATA CORPORATION, NUMONIX, INC., CONQUEST TECHNOLOGY LIMITED, CAMERON BARFIELD, | |
| Defendants. | |

On December 21, 2009, plaintiff Metteyya Brahmana, *pro se* in this matter, filed a motion for leave to amend his complaint. The motion did not give notice of a hearing date as required under Local Rule 7-2(a). Defendants objected to plaintiff's filing of a motion without giving notice of a hearing date. The court hereby sets the following briefing schedule and hearing date:

January 15, 2010: Opposition due

January 22, 2010: Reply due

February 5, 2010: Hearing on the motion at 9:00 a.m. in Courtroom 6, 4th Floor, 280 South First Street, San Jose, California.

DATED: _____12/30/09_____

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1

**Notice of this document has been sent to:**

2

**Plaintiff:**

3

Metteyya Brahmana

4

2636 17th Ave. Box #79
Santa Cruz, CA 95065

5

**Counsel for Defendants:**

6

James Joseph Cook          jcook@horanlegal.com

7

Michael Patrick Burns      mburns@horanlegal.com

8

Counsel are responsible for distributing copies of this document to co-counsel that have not

9

registered for e-filing under the court's CM/ECF program.

10

11

**Dated:**      12/30/09                          _____

12

                                                                  CCL
                                                   **Chambers of Judge Whyte**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28