**United States District Court**
For the Northern District of California

**E-FILED on** 1/4/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

METTEYYA BRAHMANA,

    Plaintiff,

    v.

PHILLIP CHARLES LEMBO, CYBERDATA CORPORATION, NUMONIX, INC., CONQUEST TECHNOLOGY LIMITED, CAMERON BARFIELD,

    Defendants.

No. C-09-00106 RMW

ORDER SETTING AMENDED BRIEFING SCHEDULE AND HEARING DATE

On December 30, 2009, the court set a briefing schedule and hearing date of February 5, 2010 on the pending motion for leave to amend plaintiff's complaint. Because the discovery and expert cutoff date is February 12, 2010 and the hearing date for dispositive motions is March 12, 2010, defendants requested that the court either advance these deadlines or reschedule the hearing for plaintiff's motion for leave to amend for January 15, 2010. Accordingly, the court hereby vacates its earlier scheduling order and sets the following amended briefing schedule and hearing date:

    January 8, 2010: Opposition due

    January 14, 2010: Reply due

January 15, 2010: Hearing on the motion at 9:00 a.m. in Courtroom 6, 4th Floor, 280 South First Street, San Jose, California.

DATED: 1/4/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Plaintiff:**

Metteyya Brahmana        mbrahmana@gmail.com

**Counsel for Defendants:**

James Joseph Cook        jcook@horanlegal.com
Michael Patrick Burns        mburns@horanlegal.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    1/4/10                            CCL
                                                               **Chambers of Judge Whyte**