**United States District Court**
For the Northern District of California

**E-FILED on**   2/24/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| METTEYYA BRAHMANA,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILLIP CHARLES LEMBO, CYBERDATA CORPORATION, NUMONIX, INC., CONQUEST TECHNOLOGY LIMITED, and CAMERON BARFIELD,<br><br>    Defendants. | No. C-09-00106 RMW<br><br>ORDER GRANTING ADDITIONAL TIME FOR BRIEFING AND RESCHEDULING HEARING DATE<br><br>**[Re: Docket Nos. 146, 151]** |

    Plaintiff Metteyya Brahmana, *pro se* in this matter, requests additional time to oppose defendants' motion to dismiss and to strike damage claims. The court grants his request. Plaintiff shall have until February 27, 2010 to file a sur-reply supplementing his opposition to defendants' motion to dismiss and to strike damage claims. Defendants shall have until March 3, 2010 to file a response to plaintiff's sur-reply. The hearing date for both defendants' motion to continue to trial and defendants' motion to dismiss and to strike damage claims is hereby rescheduled to March 12, 2010.

DATED:     2/24/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING ADDITIONAL TIME FOR BRIEFING AND RESCHEDULING HEARING DATE —No. C-09-00106 RMW
CCL

**United States District Court**
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Plaintiff:**

Metteyya Brahmana          mbrahmana@gmail.com

**Counsel for Defendants:**

James Joseph Cook          jcook@horanlegal.com
Michael Patrick Burns        mburns@horanlegal.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    2/24/10                                          CCL
                                                                    **Chambers of Judge Whyte**