**E-FILED on** 3/16/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| METTEYYA BRAHMANA, | No. C-09-00106 RMW |
|---|---|
| Plaintiff, | |
| v. | ORDER REGARDING CONSENT TO MAGISTRATE JUDGE |
| PHILLIP CHARLES LEMBO, CYBERDATA CORPORATION, NUMONIX, INC., CONQUEST TECHNOLOGY LIMITED, and CAMERON BARFIELD, | **[Re: Docket No. 178]** |
| Defendants. | |

Pursuant to the parties' agreement to stipulate to a magistrate judge for trial, attached is a copy of the consent form to allow the magistrate judge to handle the remaining issues and trial in this case. The consent form should be signed and electronically filed forthwith so the court and the parties will know that the consent form has been signed on behalf of all parties. The undersigned judge will issue a ruling on motions that were heard on March 12, 2010. Further pretrial matters will be handled by the assigned magistrate judge, the Honorable Patricia V. Trumbull. The magistrate judge will conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. The magistrate judge has scheduled trial to commence on August 24, 2010, as she will be returning from a judicial conference.

DATED: 3/16/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER REGARDING CONSENT TO MAGISTRATE JUDGE—No. C-09-00106 RMW
CCL

**Notice of this document has been electronically sent to:**

**Plaintiff:**

Metteyya Brahmana    mbrahmana@gmail.com

**Counsel for Defendants:**

James Joseph Cook    jcook@horanlegal.com
Michael Patrick Burns    mburns@horanlegal.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 3/16/10             CCL
                                               **Chambers of Judge Whyte**