IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METTEYYA BRAHMANA,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILLIP CHARLES LEMBO, CYBERDATA CORPORATION, NUMONIX, INC., CONQUEST TECHNOLOGY LIMITED, and CAMERON BARFIELD<br><br>    Defendants. | CASE NO.: C-09-00106 RMW<br><br>**CONSENT TO JURISDICTION BY A UNITED STATED MAGISTRATE JUDGE** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28 U.S.C., Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consents to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Date:_____ _____
                                                                                 Signature

                                           Counsel for _____

Date:_____ _____
                                                                                 Signature

                                           Counsel for _____