**E-FILED on** 3/17/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| METTEYYA BRAHMANA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP CHARLES LEMBO, CYBERDATA CORPORATION, NUMONIX, INC., CONQUEST TECHNOLOGY LIMITED, and CAMERON BARFIELD,<br><br>Defendants. | No. C-09-00106 RMW<br><br>ORDER REGARDING VIDEO DEPOSITIONS<br><br>**[Re: Docket Nos. 182, 184]** |

The court has received the letters submitted by plaintiff and by defendants' counsel regarding the issue of videotaped depositions. Although the videotaped depositions were discussed in the recent hearing on March 12, 2010, no transcript or partial transcript from these depositions were offered in support of or in opposition to the motion to dismiss. A motion to dismiss is, of course, based upon pleadings and not evidence. If there is future use of the depositions for any purpose, the parties are free to argue as to the admissibility of those depositions and to make any request for sanctions that they deem appropriate.

DATED:  3/17/10

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

ORDER REGARDING VIDEO DEPOSITIONS —No. C-09-00106 RMW
CCL

**Notice of this document has been electronically sent to:**

**Plaintiff:**

Metteyya Brahmana    mbrahmana@gmail.com

**Counsel for Defendants:**

James Joseph Cook    jcook@horanlegal.com
Michael Patrick Burns    mburns@horanlegal.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 3/17/10

CCL
**Chambers of Judge Whyte**