UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| METTEYYA BRAHMANA,<br><br>            Plaintiff,<br><br>      v.<br><br>PHILIP CHARLES LEMBO, et al.,<br><br>            Defendants. | Case No.: C 09-0106 PVT<br><br>**ORDER TAKING PARTIES' RESPECTIVE MOTIONS FOR PARTIAL SUMMARY JUDGMENT UNDER SUBMISSION** |

On April 5, 2010, Defendants filed a Motion for Summary Judgment to Counts 6, 8, 10-12 of the Fifth Amended Complaint. On April 7, 2010, Plaintiff filed a Motion for Partial Summary Judgment. Having reviewed the papers submitted by the parties, the court finds it appropriate to take the motions under submission without oral argument. Therefore,

IT IS HEREBY ORDERED that the parties' respective motions for partial summary judgment are TAKEN UNDER SUBMISSION. The Defendants' motion to dismiss remains on calendar for May 25, 2010.

Dated: *5/24/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*