UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| METTEYYA BRAHMANA,<br><br>            Plaintiff,<br><br>    v.<br><br>PHILIP CHARLES LEMBO, et al.,<br><br>            Defendants. | Case No.: C 09-0106 PVT<br><br>**ORDER VACATING TRIAL AND PRETRIAL DATES AND SCHEDULING TRIAL SETTING CONFERENCE** |

This case is currently scheduled for Trial on August 24, 2010, and for Pretrial Conference on August 10, 2010. The parties pretrial submissions are currently due by July 27, 2010. However, there are still dispositive motions pending which have not yet been resolved by the court. Therefore, based on the file herein and the court's own scheduling needs,

IT IS HEREBY ORDERED that the trial and pretrial dates and pretrial submission deadlines are VACATED.

IT IS FURTHER ORDERED that the parties shall appear for a trial scheduling conference at 2:00 p.m. on August 10, 2010.

Dated:   July 26, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*