UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| METTEYYA BRAHMANA,               )<br>                                                        )<br>             Plaintiff,                       )<br>                                                        )<br>      v.                                            )<br>                                                        )<br>PHILIP CHARLES LEMBO, et al.,  )<br>                                                        )<br>             Defendants.                  )<br>_____ ) | Case No.: C 09-0106 PVT<br><br>**ORDER Continuing Trial Setting Conference** |

On August 31, 2010 Defendant appeared for a trial setting conference. Plaintiff failed to appear in time for the conference.[1]  Therefore,

IT IS HEREBY ORDERED that the trial setting conference is CONTINUED to November 9, 2010 at 2:00 p.m.

Dated: *8/31/10*

                                                                PATRICIA V. TRUMBULL
                                                                United States Magistrate Judge

---

[1] Plaintiff showed up shortly after Defense counsel left.

ORDER, *page 1*