|    |    |    |
|----|----|----|
| METTEYYA BRAHMANA, | ) | Case No.: C 09-00106 PSG |
| Plaintiff, | ) | **FURTHER SCHEDULING ORDER** |
| v. | ) | **(Re: Docket Nos. 298 and 299)** |
| PHILLIP CHARLES LEMBO, et al., | ) |  |
| Defendants. | ) |  |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Having considered written requests made by Plaintiff and by counsel for Defendants,

IT IS HEREBY ORDERED that the final pretrial conference shall be held on Tuesday, April 12, 2011 at 2 p.m. and trial shall commence on Monday, April 25, 2011 at 9:30 a.m.

Dated: March 8, 2011

PAUL S. GREWAL
United States Magistrate Judge

ORDER