UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| METTEYYA BRAHMANA, | ) | Case No.: C 09-00106 PSG |
| Plaintiff, | ) ) | **ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL** |
| v. | ) ) | (Re: Docket No. 313) |
| PHILLIP LEMBO, ET AL., | ) ) | |
| Defendants. | ) ) | |

Plaintiff Metteyya Brahmana ("Brahmana") has requested appointment of counsel. For the reasons discussed below, Brahmana's request is DENIED.

In proceedings *in forma pauperis*, the district court "may request an attorney to represent any person unable to afford counsel."[1] The decision to appoint such counsel is within "the sound discretion of the trial court and is granted only in exceptional circumstances."[2] To determine whether exceptional circumstances exist, the court should evaluate two factors: (1) the likelihood of success on the merits of the case, and (2) the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of legal issues involved.[3] "Neither of these factors is dispositive and both

---

[1] 28 U.S.C. § 1915(e)(1).

[2] *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984).

[3] *See Agyeman v. Corrections Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004) (internal quotation omitted).

ORDER, *page 1*

1  must be viewed together before reaching a decision."[4]

2  In the present case, Brahmana's wrongful termination claim and his false light claim have
3  survived a summary judgement motion, demonstrating some likelihood of success.  These claims,
4  however, are not of a particularly complex nature, and Brahmana has demonstrated that he is capable
5  of effectively presenting his own case.  Thus, Brahmana has not demonstrated any exceptional
6  circumstances that would warrant an appointment of counsel here.  Accordingly,

7  IT IS HEREBY ORDERED THAT Brahmana's request is DENIED.

8  Dated: July 19, 2011

                                                    _____
                                                    PAUL S. GREWAL
                                                    United States Magistrate Judge

---

[4] *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Metteyya Brahmana
351 Turk St. # 717
San Francisco, CA 94102

Dated: July 19, 2011

                                              /s/ *Chambers Staff*
                                         Chambers of U.S. Magistrate Judge Paul S. Grewal