UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| METTEYYA BRAHMANA,<br><br>        Plaintiff,<br><br>  v.<br><br>PHILLIP CHARLES LEMBO,<br>CYBERDATA CORP., NUMONIX INC.,<br>CONQUEST TECHNOLOGY LTD.,<br>CAMERON BARFIELD,<br><br>        Defendants. | Case No.: C 09-00106 PSG<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**(Re: Docket No. 265)** |

On June 8, 2010, Plaintiff Metteyya Brahmana ("Brahmana") filed an administrative motion to file under seal Exhibit A, B, and C video depositions as exhibits to Brahmana's opposition to a then-pending motion for summary judgment. Pursuant to Civil L.R. 79-5, Defendants Phillip Charles Lembo, CyberData Corp., Numonix Inc., Conquest Technology Limited, and Cameron Barfield ("Defendants") had to file with the court and serve a declaration establishing that Exhibits A, B, and C are sealable, or to withdraw the designation of confidentiality. Defendants did not file or serve any such declaration.[1] Accordingly, the court

---

[1] The court notes that on May 21, 2010, Defendants filed a statement of non-opposition to unsealing deposition videos pertaining to a separate deposition and separate administrative motion to seal, and therein objected generally to the introduction of videotaped testimony without the use of a written transcript. *See* Docket No. 245.

ORDER, *page 1*

1 | hereby DENIES the administrative motion to file under seal Exhibits A, B, and C to Brahmana's
2 | opposition to Defendant's motion for summary judgment.
3 | IT IS SO ORDERED.

Dated: 9/22/2011

_____
PAUL S. GREWAL
United States Magistrate Judge