FILED
JAN 20 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| METTEYYA BRAHMANA,<br><br>　　　　　　Plaintiff,<br>v.<br>PHILLIP CHARLES LEMBO, ET AL.,<br><br>　　　　　　Defendants. | Case No.: 09-CV-106 -PSG<br><br>ORDER |

A jury trial in the above action is scheduled to begin on January 23, 2012. Having weighed the factors, including the anticipated duration of the trial, time constraints on jurors for lunch breaks, and incentivizing future jury service,

IT IS HEREBY ORDERED that light refreshments and lunch shall be provided for the jurors on the following days: January 23, 25, 26, 27, 30 and 31.

**IT IS SO ORDERED.**

Dated: 1/20/208

　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge