UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METTEYYA BRAHMANA, | ) CASE NO.: 09-CV-00106 PSG |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER AUTHORIZING** |
| vs. | ) **PLAINTIFF'S USE OF ELECTRONIC** |
| | ) **DEVICES IN THE COURTROOM** |
| PHILLIP CHARLES LEMBO; | ) |
| CYBERDATA CORPORATION; | ) Trial Date:     January 23, 2012 |
| NUMONIX; CONQUEST TECHNOLOGY | ) Time:          9:30 a.m. |
| LIMITED; and CAMERON BARFIELD, | ) Courtroom:    5, 4th Floor |
| | ) Judge:         Hon. Paul S. Grewal |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

I hereby authorize the following attorneys to bring the electronic devices listed below into the Courthouse for use in a trial in the matter of *Brahmana v. Lembo, et al.,* No. 09-cv-00106, which is anticipated to begin on January 23, 2012 and conclude by February 3, 2012.

| **Attorneys** | **Devices** |
|---|---|
| 1.    Shannon Seibert | Laptop & Overhead Projector |
| 2.    Joe Bautista | Laptop & Overhead Projector |

The attorneys identified in this order must present a copy of this Order when entering the Courthouse.

**SO ORDERED.**

Dated: _1/25/2012_____          _____

                                                          Hon. Paul S. Grewal

1