UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METTEYYA BRAHMANA,<br><br>　　　　Plaintiff,<br>vs.<br><br>PHILLIP CHARLES LEMBO;<br>CYBERDATA CORPORATION;<br>NUMONIX; CONQUEST TECHNOLOGY<br>LIMITED; and CAMERON BARFIELD,<br><br>　　　　Defendants. | CASE NO.: 09-CV-00106 PSG<br><br>**[PROPOSED] ORDER AUTHORIZING DEFENDANTS' USE OF ELECTRONIC DEVICES IN THE COURTROOM**<br><br>Trial Date:　　January 23, 2012<br>Time:　　　　9:30 a.m.<br>Courtroom:　　5, 4th Floor<br>Judge:　　　　Hon. Paul S. Grewal |

　　　I hereby authorize the following attorneys to bring the electronic devices listed below into the Courthouse for use in a trial in the matter of *Brahmana v. Lembo, et al.*, No. 09-cv-00106, which is anticipated to begin on January 23, 2012 and conclude by February 3, 2012.

| **Attorney** | **Devices** |
|---|---|
| 1.　James J. Cook | Laptop & Overhead Projector |

　　　The attorneys identified in this order must present a copy of this Order when entering the Courthouse.

　　　**SO ORDERED.**


Dated: _1/25/2012_____　　　　　　　　　　　*Paul S. Grewal* _____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Paul S. Grewal

1
[Proposed] Order