Shannon Seibert (SBN 240317)
SEIBERT & BAUTISTA
351 California Street, Ste. 550
San Francisco, CA  94104
T: (415) 954-9455
F: (415) 494-8115

*Attorneys for Plaintiff* METTEYYA BRAHMANA

James J. Cook, Esq. SBN#68778
HORAN, LLOYD LAW OFFICES
499 Van Buren St., P.O. Box 3350
Monterey, CA  93942-3350
Tel:     (831) 373-4131
Fax:    (831) 373-8302

*Attorneys for Defendants* PHILLIP CHARLES LEMBO;
CYBERDATA CORPORATION; NUMONIX, INC.;
CONQUEST TECHNOLOGY LIMITED; and
CAMERON BARFIELD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METTEYYA BRAHMANA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PHILLIP CHARLES LEMBO;<br>CYBERDATA CORPORATION;<br>NUMONIX, INC.; and CONQUEST<br>TECHNOLOGY LIMITED,<br><br>　　　　　Defendants. | Case No.: 09-cv-00106-PSG<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff and all Defendants stipulate, through their undersigned counsel, to dismiss Plaintiff's entire complaint and Defendants Phillip Charles Lembo, CyberData Corporation, Numonix, Inc.; and Conquest Technology Limited with prejudice. Each party to bear its own costs and fees.

STIPULATION TO DISMISS

1

| | | |
|---|---|---|
| Dated: January 31, 2012 | | SEIBERT & BAUTISTA |

                                              */s/ Shannon Seibert*
                                              Shannon Seibert
                                              Attorneys for Plaintiff METTEYYA BRAHMANA

Dated: January 31, 2012          HORAN, LLOYD LAW OFFICES

                              By:     */s/ James J. Cook*
                                              James J. Cook, Esq.
                                              Attorneys for Defendants PHILLIP CHARLES LEMBO;
                                              CYBERDATA CORPORATION; NUMONIX, INC.; and
                                              CONQUEST TECHNOLOGY LIMITED

STIPULATION TO DISMISS

2