UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| METTEYYA BRAHMANA,<br><br>              Plaintiff,<br>   v.<br><br>PHILLIP CHARLES LEMBO;<br>CYBERDATA CORPORATION;<br>NUMONIX, INC.; AND CONQUEST<br>TECHNOLOGY LIMITED,<br><br>              Defendants. | Case No.: C 09-00106 PSG<br><br>**ORDER ASSESSING JURY FEES** |

After the jury was selected in this matter, the parties reached a settlement and stipulated to dismiss all claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).[1] The court is informed that the jury attendance fees and expenses total the amount of $2,974.08 (see attached).

In its discretion, **IT IS HEREBY ORDERED** that the jury attendance fees and expenses are assessed in part against the parties. Each party shall pay $500.00 by check payable to the Clerk of Court, United States District Court by March 15, 2012.

Dated: 2/3/2012

                                                    PAUL S. GREWAL<br>                                                    United States Magistrate Judge

---

[1] *See* Docket No. 371.

ORDER, *page 1*

COST ASSESSMENT BILL
Brahmana v. Lembo
No. CV09-00106 PSG

| ATTENDANCE DATE | ATTENDANCE | MILEAGE | PARKING | TOTAL |
|---|---|---|---|---|
| January 23, 2012 | $ 1,240.00 | $ 637.50 | $ 510.00 | $ 2,387.50 |
| January 25, 2012 | $ 320.00 | $ 131.58 | $ 135.00 | $ 586.58 |
| | | | **Grand Total** | **$ 2,974.08** |